# Exhibit 1

1  SUMM
   **Robert S. Speck**
2  (Your Name)
   **1925 Southview Ave**
3  (Your Mailing Address)
   **Bartlesville  OK  74003**
4  (Your City, State, Zip Code)
   **949-350-6936**
5  (Your Telephone Number)
   —∅—
6  (Your Fax Number)
   **Nowizal@Hotmail.com**
7  (Your E-mail Address)
   Plaintiff, Self-Represented

8

9              EIGHTH JUDICIAL DISTRICT COURT

10                 CLARK COUNTY, NEVADA

11  Plaintiff's Name: **Robert S. Speck**    Case No.: **A-21-840236-C**
                                              Dept. No.: **Dept.2**
12                      Plaintiff,
       vs.
13
    Defendant's Name: **Las Vegas Sands, LLC**
14
    **Justin Hagan ? Joe Security Guards**
15                      Defendant.

16                      **SUMMONS**

17  NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT
    YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT
18  WITHIN 21 DAYS. READ THE INFORMATION BELOW CAREFULLY.

19  To the Defendant named above: **Justin Hagan**

20    A civil complaint has been filed by the Plaintiff against you. Plaintiff is seeking to recover the

21  relief requested in the complaint, which could include a money judgment against you or some other form

22  of relief.

23    If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you

24  (not counting the day of service), you must:

25    1.  File with the Clerk of the Court, whose address is shown below, a formal written

26         response (typically a legal document called an "answer," but potentially some other

27  ---
    [1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and
28  legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

                            Page 1 of 2
    For more forms and information, visit www.civillawselfhelpcenter.org.

Rev. 2/20/2019
© Civil Law Self-Help Center

response) to Plaintiff's complaint.

2. Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3. Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

> Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

STEVEN D. GRIERSON, CLERK OF COURT

By: _Laurie Williams_     Date: AUG 2 7 2021
LAURIE A. WILLIAMS
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

Issued at the request of:

_(Signature)_

(Your Name) Robert S. Speck

(Your Street Address) 1925 Southview Ave

(Your City, State, and Zip Code) Bartlesville, OK 74003

Plaintiff, Self-Represented

*Note:* When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).

```
COMJD
ROBERT S. SPECK PRO PER
1925 SOUTHVIEW AVE.
BARTLESVILLE OKLAHOMA 74003

TELEPHONE: 949-350-6936
EMAIL: NODIZAL@HOTMAIL.COM
```

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| ROBERT SPECK, an individual; pro per, | Case #.: **A-21-840236-C**<br>Dept .: **Dept.2** |
| Plaintiff, | COMPLAINT |
| vs | DEMAND FOR JURY TRIAL |
| LAS VEGAS SANDS, LLC;    DOES I through X;<br>and JUSTIN HAGAN; DOES I through X, inclusive<br>and "Doe Security Guard" DOES I through X; | Arbitration Exemption:<br>1. Damages in Excess of $50,000 |
| Defendant's. | |

Plaintiff ROBERT SPECK, hereby demands a trial by jury and complains and alleges against defendants as follows:

GENERAL ALLEGATIONS

1. Plaintiff ROBERT SPECK is and, at all times pertinent hereto was, a invited guest of Clark County, Nevada.

CLERK OF THE COURT
RECEIVED AUG 27 2021

2. Upon information and belief, defendant JUSTIN HAGEN is, and at all times pertinent hereto was a resident of Clark County, Nevada.

3. Upon information and belief, defendant LAS VEGAS SANDS, LLC is, and at all times pertinent hereto was, doing business under the resort name Palazzo which is business that resident of Clark County, Nevada.

4. Upon information and belief, defendant DOE SECURITY GUARDS is, and at all times pertinent hereto was, a resident of Clark County, Nevada.

5. The true names and capacities, whether individual, corporate, associate, partnership or otherwise, of the defendants herein designated as DOES I through X and LAS VEGAS SANDS, LLC I through X, inclusive, are unknown to plaintiff, who therefore sues said defendants by such fictitious names. Plaintiffs will seek leave of the Court to insert the true names and capacities of such defendants when the same have been ascertained and will further seek leave to join said defendants in these proceedings.

6. That plaintiff ROBERT SPECK is and, at all times mentioned herein, was a invited guest at the Palazzo for the stay from 2/5/2020-2/8/2020.

7. That defendant LAS VEGAS SANDS, LLC is, and at all times mentioned herein, was owners of the Palazzo resort.

8. That defendant JUSTIN HAGEN is and, at all times mentioned herein, was empolyed at Palazzo resort.

9. That defendant DOE SECURITY GUARDS is and, at all times mentioned herein, was empolyed at the Palazzo resort.

10. On or about February 5th 2020, in Clark County, Nevada, defendant SANDS VEGAS LLC, failed to properly train empolyees, and when presented with the complaint, back empolyees actions.

11. On or about February 5th 2020, in Clark County, Nevada, defendant JUSTIN HAGAN, failed to preform duties and conspired with others to lure and ambush the plaintiff. Tresspassing plaintiff, escorting to room to pack. Once in room, outside of camara site, ordered team to assult plaintiff, handcuffed for arrest then ordered TONY to mace plaintiff in face. Called police find all made a big error.

12. On or about February 5th 2021, in Clark County, Nevada, defendant DOE SECURITY GUARDS, failed to preform thier duties and conspired with JUSTIN HAGEN to lure and ambush the plaintiff (GUEST) in his room.

13. As a direct and proximate result of the negligence of defendant's, plaintiff sustained personal injuries, all or some of which conditions may be permanent and disabling, all to plaintiff damage in a sum in excess of $15,000.00

14. As a direct and proximate result of the negligence of defendant's, plaintiff received medical and other treatment for the aforementioned injuries, and that said services, care, and treatment is continuing and shall continue in the future, all to the damage of plaintiff.

As a direct and proximate result of the negligence of defendant's, plaintiff have been required to, and has limited occupational and recreational activities, which have caused and shall continue to cause plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

15. As a direct and proximate result of the aforementioned negligence of defendant's, plaintiff have been required to engage the services of legal councel, incurring legal fees and costs to bring this action.

### FIRST CLAIM FOR RELIEF

(Negligence/Negligence Per Se)

16. 13. Plaintiff repeat and re-alleges the allegations of the preceding paragraphs of the complaint as though fully set forth herein, and incorporates the same herein by reference.

17. Defendant's owed a duty of care, safty and protection to plaintiff, while being a invited guest at the Palazzo. Plaintiff has been a invited guest for years. Defendant's breached that duty of care, safty and protection by luring the plaintiff back to the hotel.

18. As a direct and proximate result of the negligence of defendant's, plaintiff sustained personal injuries, all or some of which conditions may be permanent and disabling, and all to plaintiff damage in a sum in excess of $15,000.00.

19. As a direct and proximate result of the negligence of defendant, plaintiff received medical and other treatment for the aforementioned injuries, and that said services, care, and treatment is continuing and shall continue in the future, all to the damage of plaintiff.


20. As a direct and proximate result of the negligence of defendant's, plaintiff have been required to, and has limited occupational and recreational activities, which have caused and shall continue to cause plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

21. As a direct and proximate result of the aforementioned negligence of defendant's, plaintiff have been required to engage the services of legal experts and occured legal fees and costs to bring this action

### PRAYER FOR RELIEF

WHEREFORE, plaintiff pray for judgment against defendant's as follows:

1. For a judgment in favor of plaintiff and against defendant's on the complaint and all claims for relief asserted therein;

2. For an award of general and special damages in an amount in excess of $15,000.00, to be proven at trial;

3. For an award of reasonable legal fees and costs incurred in this action; and

4. For such other and further relief as the Court may deem proper.

DATED this the 20th day of August, 2021.

Robert S. Speak Pro Per
1925 Southview Ave, Bartlesville OK, 74003
(949) 350-6936 Nodizal@hotmail.com