**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT S. SPECK, | Case No.: 2:21-cv-02033-APG-DJA |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| LAS VEGAS SANDS LLC and JUSTIN HAGAN, | |
| Defendants | |

In light of defendant Venetian Casino Resort LLC's response to the order to show cause (ECF No. 9),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not remand this action to the state court for lack of subject matter jurisdiction at this time.

DATED this 2nd day of December, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE